IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| NAKEISHA J. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv651-MHT |
| | ) | (WO) |
| AUBURN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit asserting race discrimination and retaliation claims, both in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motions to dismiss plaintiff's case be granted and plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of September, 2017.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**