IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| NAKEISHA J. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv651-MHT |
| | ) | (WO) |
| AUBURN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(3) Defendant's motions to dismiss (doc. nos. 14 & 18) are granted.

(4) Plaintiff's complaint (doc. no. 1) is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of September, 2017.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**